**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01301-BNB

CRAIG S. ROBLEDO,

    Applicant,

v.

J. FALK, et al., and
B. SHAEFFER,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Request to Hold Defendants in Contempt" (ECF No. 13) is DENIED.

Dated: July 15, 2014